# EXHIBIT 1



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHARGE OF DISCRIMINATION

EEOC Form 5A (October 2017)

For Official Use Only – Charge Number: **433-2023-02089**

| | |
|---|---|
| **Personal Information** | First Name: Jetta  MI: K  Last Name: Lewis<br>Address: [redacted]  Apt.: <br>City: [redacted]  County: Wake  State: NC  Zip Code: [redacted]<br>Phone: [redacted]  Home ☐  Work ☐  Cell ☑  Email: [redacted] |
| **Who do you think discriminated against you?** | Employer ☑  Union ☐  Employment Agency ☐  Other Organization ☐<br>Organization Name: Wake Technical Community College<br>Address: 9101 Fayetteville Road  Suite:<br>City: Raleigh  State: NC  Zip Code: 27591  Phone: 919-866-5000 |
| **Why you think you were discriminated against?** | Race ☑  Color ☐  Religion ☐  Sex ☑  National Origin ☐  Age ☐<br>Disability ☐  Genetic Information ☐  Retaliation ☑  Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of most recent job action you think was discriminatory: 08/08/2023<br>Also describe briefly each job action you think was discriminatory and when it happened (estimate).<br>On 8/8, I was abruptly terminated after being approved for FMLA, 7/25/23. This was also following a complaint to HR regarding discrimination. VP Clark stated that it was due to insubordination and performance but did not provide evidence. In my 7 years with the college, I was always in good standing. Performance issues were not addressed during my appraisal on 6/27 and I was not on a PIP.<br><br>My FMLA was to begin on 8/10/23 and I was terminated on 8/8/23. This appears to fall in line with FMLA interference, discrimination, and retaliation. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br>Signature: [redacted]  Date: 7/25/23 |