IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-cv-00709

| | |
|---|---|
| JETTA LEWIS, <br><br> Plaintiff, <br><br> v. <br><br> WAKE TECHNICAL COMMUNITY COLLEGE, <br><br> Defendant. | ORDER |

This matter comes before the court on Defendant's Motion to Dismiss. [DE 14]. Defendant seeks to dismiss Plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). *Id.* While the motion remained pending, Magistrate Judge Kimberly A. Swank issued an order permitting Plaintiff to file a second amended complaint, and on January 31, 2025, Plaintiff did so. [DE 29, 30]. As the amended complaint is no longer operative, Defendant's Motion to Dismiss [DE 14] is DENIED AS MOOT.

SO ORDERED this \_\_3\_\_ day of February, 2025.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE